# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TRAUGER, ALETA A. | U.S. DISTRICT COURT (MD TENN) | 08/11/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge - Active | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> **5b.** ☑ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

825 U.S. Courthouse
801 Broadway
Nashville, Tennessee 37203

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 08/11/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Income from law firm partnership - ▓▓▓ is attorney partner in Trauger & Tuke |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 08/11/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Acc'ts at SunTrust Bank, Nashville, TN | A | Interest | M | T | | | | | |
| 2. The Equitable A.B.A. Group IRA | | | | | | | | | |
| 3. - AXA Moderate Alloc.Portfolio | | None | K | T | Distributed (part) | 10/22/19 | J | | |
| 4. - EQ Money Market | | None | J | T | | | | | |
| 5. - Multimanager Aggressive Equity | | None | K | T | | | | | |
| 6. - EQ/Common Stock Index | | None | M | T | | | | | |
| 7. - EQ/International Equity Index | | None | J | T | Distributed (part) | 10/22/19 | J | | |
| 8. Victory Funds - RS Small Cap Growh Fund CLA | | None | O | T | | | | | |
| 9. Guilford County, North Carolina farmland | C | Rent | N | W | | | | | |
| 10. Cash surr. value NW Life policy | | None | M | T | | | | | |
| 11. Cash surr. value of 2 NW Life policies | | None | N | T | | | | | |
| 12. Parnassus Mid Cap Growth Fund | C | Dividend | M | T | | | | | |
| 13. Profit sharing plan - Divers. Trust | | None | P1 | T | | | | | |
| 14. Moore County, North Carolina timber land | B | Rent | N | W | | | | | |
| 15. Bank of America Corporation | A | Dividend | K | T | | | | | |
| 16. Exxon Mobil Corp. | A | Dividend | K | T | | | | | |
| 17. Elizabethton, TN water & sewer revenue bonds | | None | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **TRAUGER, ALETA A.** | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  Lincoln National Corp. | A | Dividend | K | T | | | | | |
| 19.  MGT Capital Investments Inc. | | None | J | T | | | | | |
| 20.  The Providence Service Corp. | | None | N | T | | | | | |
| 21.  Rental Property - Nashville, Tennessee, Davidson County | A | Rent | O | W | | | | | |
| 22.  Regions Bank money mkt. acct. (Morgan Keegan/Raymond James) | A | Interest | J | T | | | | | |
| 23.  Pinnacle Nat. Bank accounts | A | Interest | M | T | | | | | |
| 24.  Hirtle, Callaghan Investment Funds | | | | | | | | | |
| 25.  - HCCT Commodities | C | Dividend | M | T | Sold (part) | 01/23/19 | J | A | |
| 26.  - HCCT Emerging Mkts. | A | Dividend | J | T | | | | | |
| 27.  - HCCT Fixed Income Opportunity | A | Dividend | J | T | | | | | |
| 28.  - HCCT Intermed. Muni | D | Dividend | N | T | | | | | |
| 29.  - HCCT Intermed.Muni. II | B | Dividend | L | T | | | | | |
| 30.  - HCCT International | D | Dividend | N | T | | | | | |
| 31.  - HCCT Large Cap Growth | C | Dividend | N | T | | | | | |
| 32.  - HCCT Large Cap Value | C | Dividend | M | T | | | | | |
| 33.  - HCCT Small Cap | A | Dividend | K | T | | | | | |
| 34.  - HCCT Core Fixed Income | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - HCCT Institutional International Equity | A | Dividend | J | T | Sold (part) | 07/26/19 | J | A | |
| 36. - HCCT Institutional Large Cap. Growth | A | Dividend | J | T | | | | | |
| 37. - HCCT Instutional Large Cap. Value | A | Dividend | J | T | Buy | 07/26/19 | J | | |
| 38. Nelson's Green Brier Distillery, LLC | | None | L | U | Sold (part) | 05/16/19 | N | G | |
| 39. Shelby Co. TN Health EDL & HSG Facs Rev. Bonds | B | Interest | K | T | | | | | |
| 40. Edward Jones Advisory Solutions | | | | | | | | | |
| 41. - Amer. Funds-Fundamental Investors | | None | M | T | | | | | |
| 42. - Amer. Funds-Internat. Growth & Income | | None | K | T | | | | | |
| 43. - Artisan-Internat. Value Instl. | | None | K | T | | | | | |
| 44. - BridgeBuilder-Core Bond | | None | L | T | | | | | |
| 45. - BridgeBuilder-Internat. Equity | | None | L | T | | | | | |
| 46. - BridgeBuilder-Large Cap Growth | | None | K | T | | | | | |
| 47. - BridgeBuilder-Small/Mid-Cap Value | | None | K | T | | | | | |
| 48. - BridgeBuilder-Small/Mid-Cap Growth | | None | K | T | | | | | |
| 49. - Delaware Funds by Macquarie-Small Cap Value Instl. | | None | K | T | | | | | |
| 50. - Delaware Funds by Macquarie - U.S. Growth Instl. | | None | K | T | | | | | |
| 51. - Dodge & Cox - Stock | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   - Hotchkis & Wiley-Mid-Cap Value I | | None | J | T | | | | | |
| 53.   - Invesco - Comstock R6 | | None | L | T | | | | | |
| 54.   - MFS-Value R6 | | None | K | T | | | | | |
| 55.   - PIMCO-High Yield Instl. | | None | J | T | | | | | |
| 56.   - PRIMECAP Odyssey Funds - Stock | | None | K | T | | | | | |
| 57.   - T. Rowe Price - Internat. Discovery | | None | K | T | | | | | |
| 58.   - T. Rowe Price - Small-Cap Value I | | None | K | T | | | | | |
| 59.   JPM U.S. Govt' Money Mkt. Cap. | | None | J | T | | | | | |
| 60.   Edward Jones IRA | | | | | | | | | |
| 61.   - Amer. Funds-Amer. Mut. A | | None | M | T | | | | | |
| 62.   - Amer. Funds - Invest. Co. of Amer. | | None | L | T | | | | | |
| 63.   - Franklin Templeton Investments - Income A1 | | None | K | T | | | | | |
| 64.   - Franklin Templeton Investments-Mut. Global Discovery A | | None | K | T | | | | | |
| 65.   - Franklin Templeton Investments-Mut. Shares A | | None | J | T | | | | | |
| 66.   - Franklin Templeton Investments-Rising Dividends A | | None | K | T | | | | | |
| 67.   - Franklin Templeton Investments-Global Bond A | | None | K | T | | | | | |
| 68.   Edward Jones Investment Acc't. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. - Money market acc't. | None | | J | T | | | | | |
| 70. - AmGen, Inc. | A | Dividend | | | Sold | 03/18/19 | J | B | |
| 71. - Gen. Electric Co. | A | Dividend | | | Sold | 03/18/19 | J | A | |
| 72. - Johnson & Johnson | A | Dividend | | | Sold | 03/18/19 | J | C | |
| 73. - Merck & Co., Inc. | A | Dividend | | | Sold | 03/18/19 | J | D | |
| 74. - Pepsico, Inc. | A | Dividend | | | Sold | 03/18/19 | J | D | |
| 75. - Wal-Mart Stores, Inc. | A | Dividend | | | Sold | 03/18/19 | K | D | |
| 76. - Amer. Balanced Fund | B | Dividend | L | T | | | | | |
| 77. - Amer. Mut. Fund | C | Dividend | N | T | | | | | |
| 78. - Cap Income Bldr. Fund | B | Dividend | L | T | | | | | |
| 79. - Cap World Growth & Income Fund | B | Dividend | M | T | | | | | |
| 80. - Eaton Vance Tax Managed Div. Income Fund | A | Dividend | | | Sold | 03/18/19 | K | D | |
| 81. - Franklin, TN munic. bond fund | A | Dividend | | | Sold | 03/18/19 | L | A | |
| 82. - Fundamental Investors Fund | B | Dividend | M | T | | | | | |
| 83. - Growth Fund of Amer. | C | Dividend | L | T | | | | | |
| 84. - Income Fund of Amer. | B | Dividend | L | T | | | | | |
| 85. - Franklin Mut. Global Discovery Fund | A | Dividend | K | T | Sold (part) | 03/18/19 | L | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - New Perspective Fund | C | Dividend | M | T | | | | | |
| 87. - Nuveen Intermed. Duration Munic. Bond Fund | A | Dividend | | | Sold | 03/18/19 | K | A | |
| 88. - Franklin Fed. Inter-term tax free income fund - Class A | A | Dividend | | | Sold | 03/18/19 | K | A | |
| 89. - Cigna Corp. New | | None | | | Sold | 03/18/19 | J | A | |
| 90. Lincoln Finan. Group Annuity-Amer. Legacy III View | | | | | | | | | |
| 91. - Amer. Funds IS Asset Alloc. 2 | | None | J | T | | | | | |
| 92. - Amer. Funds IS Bond 2 | | None | J | T | | | | | |
| 93. - Amer. Funds IS Growth-Income 2 | | None | K | T | | | | | |
| 94. - Amer. Funds IS Asset 2/Growth | | None | K | T | | | | | |
| 95. - Amer. Funds IS High Income Bond 2 | | None | J | T | | | | | |
| 96. - Amer. Funds IS Internat. 2 | | None | K | T | | | | | |
| 97. Hirtle, Callaghan Investment Funds | | | | | | | | | |
| 98. - DWS Gov't. Cash Fund | C | Dividend | L | T | | | | | |
| 99. - HCCT Real Estate | A | Dividend | J | T | | | | | |
| 100. - HCCT Institutional Small Cap | A | Dividend | J | T | | | | | |
| 101. - ISHARES MSCI EAFE | B | Dividend | L | T | | | | | |
| 102. - ISHARES MSCI Emerging Mkt. | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAUGER, ALETA A. | 08/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Jumstart Foundry 2017 Fund | | None | M | T | | | | | |
| 104. Jumpstart Foundry 2018 Fund | | None | N | T | | | | | |
| 105. Fillmore Co., Nebr farmland | D | Rent | M | W | | | | | |
| 106. Hirtle Callaghan Investment Funds | | | | | | | | | |
| 107. - Vanguard FTSE Dev. Mkt. ETF | D | Dividend | M | T | | | | | |
| 108. - Vanguard FTSE Emerg. Mkt. ETF | | None | M | T | | | | | |
| 109. - ISHARES TRSH TR Corp, ETF | A | Dividend | J | T | | | | | |
| 110. - SPDR TR Portfolio Short ETF | A | Dividend | J | T | | | | | |
| 111. -Vanguard Short Term Corp. Bond ETF | A | Dividend | J | T | | | | | |
| 112. Silicon Ranch Corp. | | None | O | T | Buy | 03/29/19 | O | | |
| 113. Slice Wireless Solutions, Inc. | | None | K | T | Buy | 05/19/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Lines 24, 97, 106 This fund is a widely-held investment fund whose assets are widely diversifeid and over whose financial interests we neither can nor do exercise control [see § 315.30(c)].

Part II   Loan to Rosemary Paschall has been repaid.

Part VI   The Nashville Bank & Trust line of credit was transferred to Renasant Bank and was closed in May 2019.

| Name of Person Reporting | Date of Report |
| --- | --- |
| TRAUGER, ALETA A. | 08/11/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ALETA A. TRAUGER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544